| Notice of Appeal Criminal | CO-290 Rev. 3/88 |
|---|---|

## United States District Court for the District of Columbia

| UNITED STATES OF AMERICA | ) | **05 - 6 4 9 1M - 09** |
|---|---|---|
| vs. | ) | Criminal No. PO571382 |
| Annamaria Caldara (Def. Pro Se) | ) | |

### NOTICE OF APPEAL

Name and address of appellant:   Annamaria Caldara
27 South 4th Street
Banger, PA 18013

Name and address of appellant's attorney:

Offense: **Demonstrating without a Permit**

Concise statement of judgment or order, giving date, and any sentence:

Guilty: 11/17/05
Judgement Entered:
$50 fine, $25 Admin. Cost

Name and institution where now confined, if not on bail:

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

____12/2/05____   ____Annamaria Caldara____
DATE                   APPELLANT
                       ____Pro Se____
                       ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE ☐
CJA, NO FEE ☐
PAID USDC FEE ☐
PAID USCA FEE ☐

Does counsel wish to appear on appeal?    YES ☐   NO ☐
Has counsel ordered transcripts?          YES ☐   NO ☑
Is this appeal pursuant to the 1984 Sentencing Reform Act?  YES ☐   NO ☑

**RECEIVED**
DEC - 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT