UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

STEPHANIE ALLEN,
ANNA L. WHITE,
ANNAMARIA CALDARA,
CINDY SHEEHAN,
JOHN BARBER,
JOSEPH A. ROBBINS,
ANDREW C. SCHOERKE,
JOHN RODGERS,
ARTHUR WASKOW,
EVE L. TETAZ,

Appellants.

Case No. 05-MJ-00649-AK

FILED
FEB 0 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

It is hereby **ORDERED** that the Unopposed Motion for Extension of Time in which to File Appellant's Brief is **GRANTED**. Accordingly, appellants' briefs in support of their appeals shall be due on or before April 24, 2006. It is further

**ORDERED** that legal briefs submitted to the Court in this matter shall not exceed 25 pages, excluding appendices or attachments.

**SO ORDERED.**

February 2, 2006

Thomas F. Hogan
Chief Judge