UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
v. )
) Case No. 05-MJ-00649-AK
Anna Maria Caldara )
)
"YOUR FULL NAME" )

*[handwritten annotation: Leave filed. /Hogan, C.J. /May 2006]*

**FILED**
MAY 0 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### MOTION FOR EXTENSION OF TIME IN WHICH TO FILE APPELLANT'S BRIEF

I respectfully move this Court for a ninety (90) day extension of time, within which to file my pro se Brief in this case. In support of this Motion I state the following:

1. My Brief in support of my appeal is due April 24, 2006, by this Court's order of February 2, 2006.

2. I, the undersigned Appellant represented myself, pro se, at my trial before Magistrate Judge Kay on November 16, 2005. I was unable to meet the April 24, 2006 briefing schedule since four other defendants charged with the same offense were acquitted by Magistrate Judge Robinson of the same charge on April 19, 2006. Because of the results of their trial, I am requesting an extension due to insufficient time in which to prepare a proper defense based on the results of the April 19, 2006.

3. I also request an extension because I will require additional time in which to obtain guidance and assistance from an Attorney Advisor and others in preparing my brief.

4. This is the first briefing schedule in this case as the matter was heard on November 16, 2005, the judgment entered on December 7, 2005 and Appeal Order filed April 11, 2006.

5. Appellee does ___ oppose this motion.

**WHEREFORE**, appellant respectfully requests that this Motion be granted and this Court allow a ninety (90) day extension of time within which all defendants who have filed a notice of appeal from the November 16, 2005 trial, may file a Brief in this case. Alternatively, appellant respectfully requests this motion be granted and that this Court allow a ninety (90) day extension of time, within which we may file our Brief in this case.

Respectfully submitted,

*Anna Maria Caldara*