UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 26 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | |
| STEPHANIE ALLEN,<br>ANNA L. WHITE,<br>ANNAMARIA CALDARA,<br>CINDY SHEEHAN,<br>JOHN BARBER,<br>JOSEPH A. ROBBINS,<br>ANDREW C. SCHOERKE,<br>JOHN RODGERS,<br>ARTHUR WASKOW,<br>EVE L. TETAZ, | Case No. 05-MJ-00649-AK |
| Appellants. | |

## ORDER

Pending before the Court are Motions For Extension Of Time filed individually by Andrew Schoerke, Stephanie Allen, John Barber, Eve Tetaz and Anna Maria Caldara, as well as the United States' Motion To Convert Date For Oral Argument Into Status Hearing And For Extension Of Time To File The Government's Opposition and Appellant Cindy Sheehan's Opposition To The United States' Motion To Convert Date For Oral Argument Into Status Hearing And For Extension Of Time To File The Government's Opposition. After careful consideration of each of the parties' submissions, it is hereby

**ORDERED** that the Motion For Extension Of Time filed by Andrew Schoerke, Stephanie Allen, John Barber, Eve Tetaz and Anna Maria Caldara are **GRANTED**. The Court will allow all appellants an additional 90 days to file their briefs in support of their appeals. Accordingly, the appellants' briefs shall be due on or before July 1, 2006. It is also

**ORDERED** that the United States' Motion To Convert Date For Oral Argument Into Status Hearing And For Extension Of Time To File The Government's Opposition is **GRANTED IN PART** and **DENIED IN PART**. The Court will grant the request to vacate the hearing date originally set for oral argument and extend the due date for the United States to submit its brief(s) in opposition to the appellants' appeals. Accordingly, the United States' brief(s) in opposition to the appellants' appeals shall be due on or before August 1, 2006. In light of the scheduling changes, the Court will deny the request to convert the hearing date into a status conference. It is further

**ORDERED** that the appellants' reply briefs in support of their appeals shall be due on or before August 15, 2006 and the parties shall appear on Monday, August 28, 2006 at 10:00 a.m. in Courtroom 25 to present oral arguments in support of their respective positions. It is further

**ORDERED** that Appellant Cindy Sheehan's Opposition To The United States' Motion To Convert Date For Oral Argument Into Status Hearing And For Extension Of Time To File The Government's Opposition is **DENIED**. Finally, it is

**ORDERED** that no further continuances shall be permitted in this case.

**SO ORDERED.**

May 26, 2006

_____
Thomas F. Hogan
Chief Judge